

# NUMBER 13-23-00361-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF M.K., E.K., I.K., AND C.K., CHILDREN

---

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Justice Peña**

This matter is now before the Court on the parties' joint motion to dismiss appeal. The parties have reached a mediated settlement agreement resolving all issues made the basis of this appeal.

The Court, having considered the parties' joint motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). The motion is granted, and the appeal is hereby dismissed.

In accordance with the motion, each party will bear their own costs. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.<br>
Justice

Delivered and filed on the
25th day of July, 2024.